

## NUMBER 13-18-00136-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JUANITA COLWELL,                                                          Appellant,

v.

HARRY CASH COLWELL III,                                              Appellee.

### On appeal from the County Court at Law No. 7
### of Hidalgo County, Texas.

# MEMORANDUM OPINION
### Before Chief Justice Valdez and Justices Contreras and Benavides
### Memorandum Opinion by Justice Benavides

Appellant filed an appeal from a judgment entered by the County Court at Law No. 7 of Hidalgo County, Texas, in cause number F-6584-16-7. Appellant has filed a motion for voluntary dismissal of the appeal. Appellant requests that this Court dismiss the appeal with prejudice. The certificate of conference reflects that appellee does not object to the dismissal of this appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. The motion does not specify that the parties have reached an agreement regarding costs. Therefore, Appellant shall pay all costs incurred by reason of this appeal. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
13th day of December, 2018.

2